UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pablo JUAN TOMAS, *et al*, <br><br> Petitioners, <br><br> v. <br><br> Kristi NOEM, *et al*, <br><br> Defendants. | No. 5:25-cv-02786-MWC-DTB <br><br> **ORDER APPROVING STIPULATION TO CONTINUE DATES SET FORTH IN THE COURT'S ORDER GRANTING PETITIONERS' APPLICATION FOR TEMPORARY RESTRAINING ORDER (Dkt. 10)** |

The Court has received and reviewed the Parties' Stipulation to Continue Dates Set Forth in the Court's Order Granting Petitioners' Application for Temporary Restraining Order. Finding good cause, the Court **GRANTS** the Stipulation. The Court's Order is **MODIFIED** as follows:

> Respondents must provide Petitioners with individualized bond hearings before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) by November 3, 2025. A preliminary injunction hearing is set for November 14, 2025, at 1:30 p.m. in Courtroom 6A. Petitioners shall file their opening brief and all related submissions on or before 12 p.m. PST on November 5, 2025. Respondents shall file their opposition brief and all related submissions on or before 12 p.m. PST on November 10, 2025. Petitioners shall file their reply brief on or before 12 p.m. PST on November 12, 2025.

**IT IS SO ORDERED.**

Dated: October 28, 2025

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE